IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00695-CMA-KLM

WORLDWIDE FILM ENTERTAINMENT, LLC,

    Plaintiff,

v.

DOES 1-749,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Quash/Vacate the Subpoena** filed by Interested Party Joy Romaine [Docket No. 1; Filed March 25, 2010] (the "Motion").

    The underlying subpoena was issued by the United States District Court for the District of Columbia. *See* Docket No. 1, at 2. The court issuing the subpoena has the authority to quash it. *See* Fed. R. Civ. P. 45(c)(3)(A). "Subpoenas issued under Rule 45 'constitute process of the issuing court, and are enforced by that same court.'" *Jennings v. Short-Elliott-Hendrickson, Inc.*, No. 05-cv-01056-LTB-MEH, 2007 WL 2045497, at *1 (D. Col. July 10, 2007) (quoting *In re Matter of Certain Complaints under Investigation*, 783 F.2d 1488, 1495 (11th Cir. 1986)). This Court therefore lacks jurisdiction to quash the subpoena. *See Davis Audio Visual, LLC v. Greer*, No. 09-cv-00175-ZLW-MEH, 2009 WL 1537892, at *2 (D. Colo. May 28, 2009) (citing *In re Sealed Case*, 141 F.3d 337, 341 (D.C. Cir. 1998); *In re Digital Equip. Corp.*, 949 F.2d 228 (8th Cir. 1991)). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

Dated: April 5, 2010